BEFORE THE SECOND DIVISION, MARCH 20, 1959

**No. 62873.**—Century Ribbon Mills, Inc. *v.* United States, protests 271841–K and 284944–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 20, 1959

**No. 62874.**—Sam Forwand Co. *v.* United States, protests 58/4139 and 58/7213 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

MARCH 17, 1959

**No. 62875.**—SUIT 4936.—Aris Gloves, Inc. *v.* United States, protest 188742–K.— C.D. 1854 affirmed December 1, 1958.   C.A.D. 693.

BEFORE THE SECOND DIVISION, MARCH 24, 1959

**No. 62876.**—Manca, Inc. *v.* United States, protest 314521–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of articles essential for focusing Leica cameras, the claim of the plaintiff was sustained.